UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

John P. Dell'Italia, Esq.
Dell'Italia & Santola
18 Tony Galento Plaza
Orange, NJ   07050
(973) 672-8000
JPD1617

Order Filed on May 14, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

**JUAN SALGADO**
**ANA SALGADO**

Case No.:   20-12635

Adv. No.:

Hearing Date:

Judge:  SLM

## CONSENT ORDER RESOLVING RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered one (1) through (2) is hereby **ORDERED**.

..........

**DATED: May 14, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page: 2
Debtor:  JUAN SALGADO
ANA SALGADO

Case No:  20-12635

**CONSENT ORDER FOR RELIEF FROM THE STAY**

_____

It is hereby consented by and between the parties by John P. Dell'Italia, Esq., on behalf of the debtor Ana Salgado and Juan Salgado and counsel Michael D. Drivas, Esq., on behalf of Sandra Reyes, as follows:

1. The Automatic Stay of 11 U.S.C. §362(a) is hereby modified pursuant to 11 U.S.C §362(d) to permit Sandra Reyes to pursue her claims in the Superior Court of New Jersey, Union County, Docket No. UNN-L-3274-19 (consolidated with UNN-L-1708-19) against Ana Salgado to the limits of the insurance coverage available; and it is further Ordered

2. That a true copy of this Order be served upon all counsel within seven (7) days.

**CONSENT ORDER FOR RELIEF FROM THE STAY**

BY: _____
    **JOHN P. DELL'ITALIA, ESQUIRE**
    **DELL'ITALIA & SANTOLA**
    **18 TONY GALENTO PLAZA**
    **ORANGE, NJ  07050**
    **973-672-8000**
    **Attorney for Ana M. Salgado and Juan Salgado**

BY: _____
    **Michael D. Drivas, Esq.**
    **Law Offices of Michael D. Drivas, LLC**
    **110 Hillside Ave, Suite 300**
    **Springfield, NJ 07081**
    **Attorney for Sandra Reyes**