UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

John P. Dell'Italia, Esq.
Dell'Italia & Santola
18 Tony Galento Plaza
Orange, NJ   07050
(973) 672-8000
JPD1617

Order Filed on May 14, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

**JUAN SALGADO**
**ANA SALGADO**

Case No.:   20-12635

Adv. No.:

Hearing Date:

Judge:   SLM

**CONSENT ORDER RESOLVING RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered one (1) through (2) is hereby **ORDERED**.

**DATED: May 14, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page: 2
Debtor:  JUAN SALGADO
         ANA SALGADO

Case No:  20-12635

**CONSENT ORDER FOR RELIEF FROM THE STAY**

_____

It is hereby consented by and between the parties by John P. Dell'Italia, Esq., on behalf of the debtor Ana Salgado and Juan Salgado and counsel Michael D. Drivas, Esq., on behalf of Sandra Reyes, as follows:

1. The Automatic Stay of 11 U.S.C. §362(a) is hereby modified pursuant to 11 U.S.C §362(d) to permit Sandra Reyes to pursue her claims in the Superior Court of New Jersey, Union County, Docket No. UNN-L-3274-19 (consolidated with UNN-L-1708-19) against Ana Salgado to the limits of the insurance coverage available; and it is further Ordered

2. That a true copy of this Order be served upon all counsel within seven (7) days.

**CONSENT ORDER FOR RELIEF FROM THE STAY**

BY: _____
   **JOHN P. DELL'ITALIA, ESQUIRE**
   **DELL'ITALIA & SANTOLA**
   **18 TONY GALENTO PLAZA**
   **ORANGE, NJ  07050**
   **973-672-8000**
   **Attorney for Ana M. Salgado and Juan Salgado**

BY: _____
   **Michael D. Drivas, Esq.**
   **Law Offices of Michael D. Drivas, LLC**
   **110 Hillside Ave, Suite 300**
   **Springfield, NJ 07081**
   **Attorney for Sandra Reyes**

```
                        United States Bankruptcy Court
                              District of New Jersey
```

```
In re:                                                        Case No. 20-12635-SLM
JUAN FRANCISCO SALGADO                                        Chapter 7
ANA M. SALGADO
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin               Page 1 of 1            Date Rcvd: May 15, 2020
                             Form ID: pdf903           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2020.
db/jdb         +JUAN FRANCISCO SALGADO,    ANA M. SALGADO,   632 MAPLE AVENUE,    ELIZABETH, NJ 07202-2608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                                        Signature:  /s/Joseph Speetjens 

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey Thomas Testa    jtesta@mccarter.com,    J118@ecfcbis.com,lrestivo@mccarter.com,
               agreen@mccarter.com
              John P. Dell'Italia    on behalf of Debtor JUAN FRANCISCO SALGADO johnpdell@aol.com
              John P. Dell'Italia    on behalf of Joint Debtor ANA M. SALGADO johnpdell@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```