UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:
SALGADO, JUAN FRANCISCO
SALGADO, ANA M.

Case No. : 20-12635-SLM
Chapter 7
Judge: Stacey L. Meisel

## NOTICE OF PROPOSED ABANDONMENT

On July 3, 2020, Jeffrey T. Testa, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the clerk: United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102.

If an objection is filed, a hearing will be held before the Honorable STACEY L. MEISEL on August 4, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3A.

(Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description | Value of Property | Liens on Property | Amount of Equity Claimed as Exempt |
|---|---|---|---|
| 626-632 MAPLE AVENUE, ELIZABETH, NJ 07202-0000, Union County | The value of the property per the Uniform Residential Appraisal Report is 250,000.00. With 10% cost of sale, the sale value is $225,000.00 | Per mortgage balance statement the principal balance on the mortgage is $258,146.40. The property is in foreclosure to M & T Bank with a claim of $372,000.00 | 0.00 |

Objections must be served on, and requests for additional information directed to:

NAME:      Jeffrey T. Testa

ADDRESS:   Four Gateway Center 100 Mulberry Street, Newark, NJ 07102-4079

ME1 33412226v.1

TELEPHONE NO:   (973) 639-7939

ME1 33412226v.1

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 20-12635-SLM
JUAN FRANCISCO SALGADO                                                    Chapter 7
ANA M. SALGADO
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Jul 06, 2020
                              Form ID: pdf905          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2020.
db/jdb       +JUAN FRANCISCO SALGADO,    ANA M. SALGADO,    632 MAPLE AVENUE,    ELIZABETH, NJ 07202-2608
cr           +Michael D Drivas,    110 Hillside Avenue S 300,    Springfield, NJ 07081-3007
518717010    +CARIN GARNER C/O,    PERCARIO, NITTI AND STRUBEN,    1514 E. ST. GEORGE AVENUE,
               LINDEN, NJ 07036-1784
518717011    +M & T BANK,    C/O KML LAW GROUP,    216 HADDON AVENUE STE 406,    COLLINGSWOOD, NJ 08108-2812
518717012    +SANDRA REYES C/O,    MICHAEL DRIVAS, LLC,    110 HILLSIDE AVENUE STE 204,
               SPRINGFIELD, NJ 07081-3007
518717013   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:  TOYOTA MOTOR CREDIT,    4 GATEHILL DRIVE STE 350,
               Parsippany, NJ 07054)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 07 2020 00:32:47      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 07 2020 00:32:45      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518718022      Elva Salgado
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey Thomas Testa    jtesta@mccarter.com, J118@ecfcbis.com,lrestivo@mccarter.com,
               agreen@mccarter.com
              John P. Dell'Italia    on behalf of Debtor JUAN FRANCISCO SALGADO johnpdell@aol.com,
               Thegreycliffs@gmail.com
              John P. Dell'Italia    on behalf of Joint Debtor ANA M. SALGADO johnpdell@aol.com,
               Thegreycliffs@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5