Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                         Case No.:  20−12635−SLM
                         Chapter:  7
                         Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| JUAN FRANCISCO SALGADO | ANA M. SALGADO |
| 632 MAPLE AVENUE | 632 MAPLE AVENUE |
| ELIZABETH, NJ 07202 | ELIZABETH, NJ 07202 |

Social Security No.:
  xxx−xx−3020                              xxx−xx−2004

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Jeffrey Thomas Testa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 6, 2020</u>                   <u>Stacey L. Meisel</u>
                                          Judge, United States Bankruptcy Court